UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ELBERT JOHNSON,

    Petitioner,

v.                                 Case No. 5:21cv154-TKW-MJF

RICKY D. DIXSON,

    Respondent.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 18). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Petitioner's §2254 petition is successive and unauthorized as to his armed robbery judgment and untimely as to his other judgments.  Accordingly, it is

**ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Petitioner's §2254 petition (Doc. 1) is:

      a.    DISMISSED for lack of jurisdiction with respect to the portion challenging Petitioner's judgment and sentence in Jackson County Circuit Court Case No. 1979-636; and

      b.    DISMISSED with prejudice as time-barred with respect to the portion challenging Petitioner's judgment and sentence in Jackson County Circuit Court Case Nos. 1980-356, 1980-365, and 1980-366.

      3.    A certificate of appealability is DENIED.

      4.    The Clerk shall close the case file.

**DONE and ORDERED** this 14th day of March, 2022.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:22cv632-LC-HTC